Burgdorf v Betsy Ross Nursing & Rehabilitation Ctr., Inc. (2026 NY Slip Op 00655)

Burgdorf v Betsy Ross Nursing & Rehabilitation Ctr., Inc.

2026 NY Slip Op 00655

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND GREENWOOD, JJ.

12 CA 23-01604

[*1]JOSEPH D. BURGDORF, PLAINTIFF-APPELLANT,
vBETSY ROSS NURSING AND REHABILITATION CENTER, INC., DOING BUSINESS AS BETSY ROSS NURSING AND REHABILITATION CENTER, YVETTE HULETT, JOEL P. AMIDON, M.D., HELEN NORINE, STEPHANIE HOWLAND, MICHELLE STEPHENS, SECURITY GUARD JANE ROE, MAINTENANCE RICHARD ROE, MAINTENANCE DEBBIE DOE, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

JOSEPH D. BURGDORF, PLAINTIFF-APPELLANT PRO SE. 
SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (JOHN P. COGHLAN OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Scott J. DelConte, J.), entered July 20, 2023. The order and judgment, among other things, denied plaintiff's motion for leave to amend his complaint. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court